# UNITED STATES DISTRICT COURT

for

# EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

U.S.A. vs. Rebecca L. Cameron                  Docket No. 5:13-CR-180-1-BO

## Petition for Action on Supervised Release

COMES NOW Debbie W. Starling, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Rebecca L. Cameron, who, upon an earlier plea of guilty to Driving While Impaired, Level 5, was sentenced by the Honorable James. E. Gates, U.S. Magistrate Judge, on February 13, 2013, to a 12-month term of probation. On June 13, 2013, her term of probation was revoked and she was sentenced to the custody of the Bureau of Prisons for a period of 60 days. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 10 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall abstain from the use of any alcoholic beverages, shall not associate with individuals consuming alcoholic beverages, shall not frequent business establishments whose primary product to the consumer is alcoholic beverages, and shall not use any medication containing alcohol without the permission of the probation office or a prescription from a licensed physician.

3. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

4. The defendant shall adhere to a curfew as directed by the probation officer. The defendant is restricted to her residence during the curfew hours.

5. The defendant shall abide by all terms and conditions of the Remote Alcohol Monitoring Program, as directed by the probation officer.

Rebecca L. Cameron was released from custody on August 6, 2013, at which time the term of supervised release commenced.

A Motion to correct the defendant's sentence pursuant to Rule 35A was filed on June 13, 2013. On June 18, 2013, U.S. Magistrate Judge William A. Webb denied the plaintiff's motion and the case was appealed. On September 23, 2013, the decision of the magistrate court was affirmed.

On September 8, 2013, a Violation Report was submitted to the Court after a sweat patch yielded a positive result for cocaine. Her supervision was continued.

On September 14, 2013, a Violation Report was submitted to the Court after the defendant tested positive for alcohol. Her supervision was continued.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On November 10, 2013, the defendant failed to answer for her remote alcohol monitoring test at 10:32 p.m. and 10:52 p.m. The defendant presented to the Cape Fear Valley Emergency Room in Fayetteville, North Carolina, on November 10, 2013, at approximately 10:30 p.m. and reported that she had taken all of her prescribed medication (30 tablets of Klonopin). She further reported to them that she had drank alcohol excessively and took 10 Percocet pills. She also expressed transient suicidal ideations. She was stabilized, monitored and discharged on November 11, 2013. On November 12, 2013, the defendant reported to the probation office and admitted that she relapsed, and that she consumed alcohol on November 10, 2013, prior to taking her prescription medication. Cameron has been participating in substance abuse and mental health treatment. She is scheduled for an assessment on November 15, 2013, to determine her suitability for inpatient treatment. In order to more closely monitor the defendant, it is respectfully requested that her conditions of supervised release be modified to strike the curfew condition and include home detention, supported by electronic monitoring. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 90 consecutive days. The defendant shall be restricted to her residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures specified by the probation officer. Given the defendant's inability to pay, the government will be responsible for payment of these services.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton | /s/ Debbie W. Starling |
| Robert L. Thornton | Debbie W. Starling |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone: (910) 483-8613 |
| | Executed On: November 13, 2013 |

Rebecca L. Cameron
Docket No. 5:13-CR-180-1-BO
Petition For Action
Page 3

## ORDER OF COURT

Considered and ordered this ___15___ day of ___November___, 2013, and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
U.S. District Judge