# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Rebecca L. Cameron            Docket No. 5:13-CR-180-1-BO

### Petition for Action on Supervised Release

COMES NOW Debbie W. Starling, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Rebecca L. Cameron, who, upon an earlier plea of guilty to Driving While Impaired, Level 5, was sentenced by the Honorable James. E. Gates, U.S. Magistrate Judge, on February 13, 2013, to a 12-month term of probation. On June 13, 2013, her term of probation was revoked and she was sentenced to the custody of the Bureau of Prisons for a period of 60 days. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 10 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall abstain from the use of any alcoholic beverages, shall not associate with individuals consuming alcoholic beverages, shall not frequent business establishments whose primary product to the consumer is alcoholic beverages, and shall not use any medication containing alcohol without the permission of the probation office or a prescription from a licensed physician.

3. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

4. The defendant shall adhere to a curfew as directed by the probation officer. The defendant is restricted to her residence during the curfew hours.

5. The defendant shall abide by all terms and conditions of the Remote Alcohol Monitoring Program, as directed by the probation officer.

Rebecca L. Cameron was released from custody on August 6, 2013, at which time the term of supervised release commenced. A Motion to correct the defendant's sentence pursuant to Rule 35A was filed on June 13, 2013. On June 18, 2013, U.S. Magistrate Judge William A. Webb denied the plaintiff's motion and the case was appealed. On September 23, 2013, the decision of the magistrate court was affirmed. On September 8, 2013, a Violation Report was submitted to the Court after a sweat patch yielded a positive result for cocaine. Her supervision was continued. On September 14, 2013, a Violation Report was submitted to the Court after the defendant tested positive for alcohol. Her supervision was continued. On November 15, 2013, the defendant's conditions of release were modified to include 90 days of home detention, due to alcohol and drug use.

Rebecca L. Cameron
Docket No. 5:13-CR-180-1-BO
Petition For Action
Page 2

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** Subsequent to the modification of the defendant's conditions of release on November 15, 2013, the defendant was admitted to the Cape Fear Valley Behavioral Health Center due to mental health and substance abuse issues. She was discharged on November 21, 2013, and accepted into the Oxford House in Fayetteville, North Carolina, on November 22, 2013. The Oxford House is a long-term halfway house for women who struggle with drug and alcohol addiction. Cameron continues to undergo substance abuse and mental health treatment through Integrated Behavioral Healthcare Services, in addition to the support provided by the Oxford House. Given the defendant's residency at the Oxford House, it is respectfully recommended that the conditions requiring Remote Alcohol Monitoring/Curfew and 90 days of home detention be suspended as long as the defendant resides at the Oxford House.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified to suspend the remote alcohol monitoring/curfew and home detention conditions so long as the defendant remains at and abides by the conditions of the Oxford House.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ Debbie W. Starling<br>Debbie W. Starling<br>U.S. Probation Officer<br>310 Dick Street<br>Fayetteville, NC 28301-5730<br>Phone: (910) 483-8613<br>Executed On: December 2, 2013 |

### ORDER OF COURT

Considered and ordered this ___3___ day of ___December___ 2013, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge